109 So.2d 433

**WATERWORKS DISTRICT NO. 3 OF RAPIDES PARISH, Louisiana,**

v.

**CITY OF PINEVILLE.**

No. 44210.

Jan. 12, 1959.

Rehearing Denied March 23, 1959.

Gold, Hall & Skye, Alexandria, for appellant.

Polk, Foote & Neblett, Alexandria, for City of Pineville, appellee.

FOURNET, Chief Justice.

For the reasons assigned in the case of Waterworks District No. 3 of Rapides Parish, Louisiana v. City of Alexandria, 236 La. 804, 109 So.2d 426, the judgment appealed from is annulled and set aside, the exceptions of no cause and no right of action are overruled, and the case is now remanded for further proceedings in accordance with the views expressed in the above named and numbered case.